NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

GUADALUPE GARCIA CORTEZ, *Petitioner*.

No. 1 CA-CR 18-0459 PRPC
FILED 9-20-2018

Petition for Review from the Superior Court in Maricopa County
No. CR 2016-000251-001
The Honorable Lauren R. Guyton, Commissioner

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Guadalupe Garcia Cortez, Kingman
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Jennifer B. Campbell, Judge Paul J. McMurdie, and Judge Kent E. Cattani delivered the decision of the Court.

**PER CURIAM**:

**¶1**            Petitioner Guadalupe Garcia Cortez seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is petitioner's first petition.

**¶2**            Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**            We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that petitioner has not established an abuse of discretion.

**¶4**            For the foregoing reasons, we grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA